### Leverett agt. Wincoll etc.

John Leverett Merchant plaint. ag<sup>t</sup> John Wincoll and Thomas Broughton or either of them Defend<sup>t</sup> in an action of the case for witholding the Summe of three hundred pounds currant mony of New-England due by bond under theire hands & Seales jointly and

severally dat^d Sept^r 17° 1669. with due damages &c. . . . The Jury . . . found for the plaint. Forfiture of the bond three hundred pounds mony and costs of Court. Vpon Request of the Defend^t & hearing ̦of both partys the Court chancered this Forfiture to Eighty Six pounds Fifteen Shillings eight pence in mony and costs of Court thirty Shillings.

[ S. F. 1676

John Leverett Esq^r is Debto^r

| 1670 | | l s d |
|---|---|---|
| August 6. | To M^rch. boards sent by Gill: 11400: at 35^s per.^m . . . | 19:19:00 |
| Sept^r 5. | To m^rch. boards sent by Philbrick: 4240. at 35^s per mille is as acc^ted by the Governo^r . . . . . . . . . . . | 02:03:00 |
| Sept^r 28° | To m^r ch. boards sent by Howard 14000. at. 35^s per^m . . | 24:10:00 |
| 1671 July | To m^rch. boards sent by Jn° Poore at twice 26500. foots at: 26^s 3^d per mill is . . . . . . . . . . . . . . | 34:15:07½ |
| 1672 July. 14 | To M^rch. boards sent by Jn° Poore. 15000 foots at: 26^s 3^d per mille . . . . . . . . . . . . . . . . . | 19:13:09 |
| July 22° | To M^rch. boards sent by Jn° Poore 13500 foots at: 26^s 3^d per mille . . . . . . . . . . . . . . . . . | 17:14:04½ |
| | | £118:15:09 |

li s d

John Leverett Esq^r per Contra is Credito^r By Bond . . 143:12:00
118:15:9
Rest to ballance 24^li:16:3

February. 1st 1677
Thomas Broughton

The Summes above are the payments made on the bond per Contra, and are Reasons for chancering the bond, which the Governo^r Sues John Wincoll for.

Till the begining of the yeare. 1672. a ballance of this Acco^t is made up in the Governo^rs Booke with my hand to it and thereupon the receipts which should bee my defence were taken up by him; Jf it please the Hono^rd Governo^r that by himselfe alone wee may thereby cast up what principle and interest is due to him on this bond, from thence himselfe may bee Judge of the Chancery in this case, and it stand in force as if the Court had done it; which with humble thankfulness shalbee acknowledged,

By yo^r Servant
Thomas Broughton

. . . true Coppie . . . Js^a Addington Cler ]